IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr144

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| NILES BELK (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the motion of counsel for the defendant requesting an interim fee payment. (Doc. No. 53).

For the reasons stated in the motion, the Court finds that counsel has stated a sufficient basis to justify an interim fee payment

**IT IS, THEREFORE, ORDERED** that the Motion to Permit Interim Fee Payment is **GRANTED**. The amount of the payment will be determined upon submission and review of the appropriate documentation.

Signed: December 26, 2007

Robert J. Conrad, Jr.
Chief United States District Judge